UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUBISHI LOGISTICS,<br><br>                          Plaintiff(s),<br><br>                v.<br><br>M/V OOCL POLAND, et al.,<br><br>                          Defendant(s). | 23-CV-6570 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      Plaintiff commenced this lawsuit on July 28, 2023.  *See* ECF No. 1.  On October 31, 2023, this case was reassigned to this Court.  On November 6, 2023, the Court ordered the parties to submit a joint status letter and proposed case management plan by November 10, 2023.  ECF No. 6.  The Court additionally ordered the parties to appear for an initial pretrial conference on November 16, 2023.  *Id*.  Five days after the November 10 deadline, on November 15, 2023, the Plaintiff filed a letter requesting additional time to effect service on Defendants.  ECF No. 7.  The Court granted Plaintiff's request and ordered that it file a status letter either jointly with Defendants, or on its own, by February 8, 2024.  ECF No. 8.  That date has passed.  Defendants have not appeared, and Plaintiff did not file a status letter with the Court. Accordingly,

      IT IS HEREBY ORDERED that Plaintiff shall file a status letter by **February 13, 2024**.  That letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant(s), (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case, and (4) any other relevant update to the Plaintiff's November 15 letter.  <u>Plaintiff is on notice that failure to prosecute its case may result in dismissal</u>.

It is FURTHER ORDERED that the conference scheduled for February 15, 2024, is ADJOURNED *sine die*, pending appearance by Defendants.

SO ORDERED.

Dated: February 9, 2024
      New York, New York

                                                 DALE E. HO
                                        United States District Judge